UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-14149-CIV-MARTINEZ/MAYNARD

SHAWN RHEAL

    Plaintiff,

V.

CINDY BARNES, at al,

    Defendants,

FILED BY __MC__ D.C.
OCT 14 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MOTION TO EXTEND THE TIME FOR SERVICE

Fla. R. Civ. P. 1.070(J). - Fla. R. Civ. P. 1.420(a)(1) Importantly, "[a] dismissal under this subdivision shall not be considered a voluntary dismissal or operate as an adjudication on the merits under rule 1.420(a)(1)." This means, unless the statute of limitations has passed, if a case is dismissed for failure to timely serve the process, the plaintiff can simply refile their lawsuit.

IN THIS MATTER, The Plaintiff motions the court, to request an extended amount of time to perfect the complaint and file service.

1. Plaintiff's reason for not filing on time, the plaintiff has not had the proper information pertaining to service.

2. When the Plaintiff had received the proper information, the plaintiff intended to reach out to other parties to see if the matter could be resolved before proceeding to trial.

3. Just on 10/11/2022 proper information was obtained with the local government attorney to reach out with ST Lucie County to send a notice of letter with intent to sue on the matters at hand.

4. Currently St Lucie County is in Jurisdiction of said attached case numbers 562019DR001462, which has appointed a Martin County Judge to preside over the case, the plaintiff has been confused because the case seems to sit between an official of the Martin County, which was Appointed by St Lucie County Clerk of Court.

5. Plaintiff requests extended time to correct any errors in the claim, grant proper time for all parties to answer to the notice of intent sue; do to the confusion of how this case was poorly managed, and to properly service all parties in question.

6. The Plaintiff will understand the judgment, if the court does not find this matter as a good cause to extend time, and dismisses the case for failure to file proof of service, as this claim / lawsuit is a

· deprivation of rights under the color of law which has seven year statute of limitations, and can be refiled with all proper corrections, and also which also would allow more time for all parties to respond to the notice of intent.

7. The plaintiff does not wish to delay or tie the court up, but because the complexity of the case in how it was managed in the lower tribunal court has made it difficult to properly file suit and service correctly without any issue when properly proceeding.

   A. The file needs to be corrected

   B. The notice of intent to file claim needs to be mailed and the parties to respond within 30 days of notice, effective date of notice is 10/12/2022

Dated: October 12th, 2022

                                                Respectfully submitted
                                                Shawn Rheal / Plaintiff
                                                Hollywood, FL 33024
                                                (954) 477-2852

Certificate of service I hereby certify that a true and correct copy of the foregoing was served by Certified Mail USPS on 10/12/2022 on all parties on record on the service list below,

Print: Shawn Rheal

Signature: *[signed]*

See Parties attachment

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Shawn Thomas Rheal
Address: 6447 Franklin St
Hollywood    FL    33024
City    State    Zip Code
County: Broward
Telephone Number: 954-477-2852
E-Mail Address: sRheal07@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Brett M. Waronicki
Job or Title (if known): Judge
Address: 100 S.E. Ocean blvd Suite A364
Stuart    FL    34994
City    State    Zip Code
County: Martin County
Telephone Number: 772-288-5570
E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

Defendant No. 2
Name: Juliana Gaita
Job or Title (if known): Family Lawyer
Address: 2500 N. Military trl #303
Boca Raton    Fl    33431
City    State    Zip Code
County: Palm Beach County
Telephone Number: 561-869-3703
E-Mail Address (if known): Juliana@Bocafamilylawyers.com

☑ Individual capacity  ☑ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
- Name: Cindy Lee Barnes
- Job or Title (if known): office adminstator
- Address: 4134 SW Tuscol St
  - City: Port Saint Lucie
  - State: Fl
  - Zip Code: 34953
- County: St Lucie
- Telephone Number: 772-284-3014
- E-Mail Address (if known): Cbarnes81@yahoo.com

☑ Individual capacity  ☐ Official capacity

Defendant No. 4
- Name: ST Lucie County
- Job or Title (if known): local Government County Commissioner
- Address: 2300 Virgina Ave
  - City: Fort Pierce
  - State: Fl
  - Zip Code: 34982
- County: ST Lucie
- Telephone Number: 772-462-2110
- E-Mail Address (if known):

☑ Individual capacity  ☑ Official capacity

