UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14149-CIV-MARTINEZ-MAYNARD

SHAWN RHEAL,

    Plaintiff,

v.

CINDY BARNES, *et al.*,

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**THIS MATTER** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for all pretrial proceedings. On December 6, 2022, Judge Maynard entered an R&R recommending that the case be dismissed based on Plaintiff's failure to timely serve process, (ECF No. 10). The Court has reviewed the entire file and record, and notes that no objections have been filed.

After careful consideration, it is hereby **ADJUDGED** that United States Magistrate Judge Maynard's R&R, (ECF No. 10), is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that this case is **DISMISSED without prejudice**.

The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 31 day of January, 2023.

                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record